# United States Court of Appeals
## For the First Circuit

Nos. 23-1697, 23-1703

ERIC MOORE,

Appellee, Cross-Appellant,

v.

INDUSTRIAL DEMOLITION LLC,

Appellant, Cross-Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on May 13, 2025, is amended as follows:

On page 37, line 4, replace the semicolon with a comma. On page 54, line 5, replace the word "apprise" with "appraise".